MYRNA WHITE HIGGINS v. HARVEY WHITE.

June 1, 1977. Petition for certification denied.

IN THE MATTER OF EDWARD H. HANSBERRY.

June 1, 1977. Petition for certification denied.

BARNETT E. BRENIN v. STACOR CORP., ETC.

June 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. LEROY BONNER.

June 1, 1977. Petition for certification denied.

DESIGN-4, INC. v. MASEN MOUNTAINSIDE INN, INC.

June 1, 1977. Petition for certification denied. (See 148 *N. J. Super.* 290)

HUGH E. GREENAN v. WILLIAM F. HYLAND.

June 1, 1977. Petition for certification denied. (See 149 *N. J. Super.* 7)